```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Plaintiff,               :
                                                   :   23-CR-603 (ALC)
        -against-                                  :
                                                   :   ORDER
ROBERT RUMPH,                                      :
                                                   :
                          Defendant.               :
                                                   :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/23

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **December 6, 2023**, at **3:30 p.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
             **November 30, 2023**

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**