```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-29-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-

ROBERT RUMPH,

                Defendant.

------------------------------------------------------------------- x

23 CR 603 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for March 5, 2024 is adjourned to **12:15 p.m.**

SO ORDERED.

Dated:    New York, New York
            February 29, 2024

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**