# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2024

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __8/14/24__

Re:    **United States v. Robert Rumph**
       **23 Cr. 603 (ALC)**

Dear Judge Carter,

As the parties informed the Court orally on August 7, 2024, we seek to modify Mr. Rumph's bond because he his wife and have separated and his wife and her daughter wish to be removed as co-signers. We found one financially responsible person to sign in their place. Therefore, we ask that the Court endorse the following modifications to the bond:

- Remove co-signers Kimberley Reynolds and Anaira Jones.
- Add co-signer Carnell Brown.

The Government, by Assistant United States Attorney Will Kinder, has approved Mr. Brown as a co-signer and consents to this bond modification request.

Thank you for your consideration.

Respectfully submitted,

The application is **GRANTED**.
So Ordered.

/s/
Sylvie Levine
Attorney for Mr. Rumph

8/14/24