**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/19/24__

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Robert Rumph*, 23 Cr. 603 (ALC)

Dear Judge Carter:

    Following the August 7, 2024 suppression hearing in this matter, the Court set a post-hearing briefing schedule pursuant to which Rumph would file his submission by August 28, 2024; the Government would respond by September 18, 2024; and Rumph would file any reply by September 25, 2024. On August 28, 2024, Rumph filed a letter motion requesting to extend the post-hearing briefing deadlines (Dkt. 39), such that Rumph's submission would be due by September 3, 2024, the Government's response would be due by September 23, 2024, and Rumph's reply would be due by September 25, 2024. The Government consented to Rumph's request to adjust the briefing deadlines. Rumph filed his submission on September 6, 2024. (Dkt. 40).

    The Court has not yet ruled on Rumph's proposed adjusted briefing schedule. The Government respectfully requests that it be permitted to file its response to Rumph's September 6 submission by September 23, 2024, consistent with the proposal made in Rumph's August 28, 2024 letter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                           By:    /s/_____
                                          William C. Kinder
                                          Assistant United States Attorney
                                          Southern District of New York
                                          (212) 637-2394
                                          William.Kinder@usdoj.gov

cc (by ECF):   Sylvie Levine, Esq.

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
9/19/24