```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/7/24__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              **Plaintiff,**

   -against-

ROBERT RUMPH,

                              **Defendant.**

--------------------------------------------------------------- x

**23-CR-603 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Status Conference set for October 8, 2024, is adjourned to **October 15, 2024,** at **2:00 p.m**.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **October 7, 2024**

                                                _/s/ Andrew L. Carter, Jr._
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**