```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/11/24__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**UNITED STATES OF AMERICA,**

                  **Plaintiff,**

    -against-

**ROBERT RUMPH,**

                  **Defendant.**

------------------------------------------------------------------ x

23-CR-603 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

    The Status Conference set for October 15, 2024 is adjourned to **3:30 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **October 11, 2024**

                                            _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**