```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
------------------------------------------------x   DATE FILED: 10-15-24
UNITED STATES OF AMERICA,                       :
                                                :
                       Plaintiff,               :
                                                :   23-CR-603 (ALC)
        - v. -                                  :
                                                :   ORDER
ROBERT RUMPH,                                   :
                                                :
                       Defendant.               :
                                                :
------------------------------------------------x
```

ANDREW L. CARTER, JR., District Judge:

IT IS HEREBY ORDERED that pending the trial, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.

SO ORDERED.

Dated:      New York, New York
            October 15, 2024

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge