**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   **UNITED STATES OF AMERICA,**         :
                                            :
                   **Plaintiff,**   :       **1:23-cr-00603 (ALC)**
                                            :
         **-against-**             :       **ORDER**
                                          :
                                          :
   **ROBERT RUMPH,**                   :
                          **Defendant.**  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a change of plea conference on **December 3, 2024, at 1:30 P.M.**

All parties shall appear in person at the Thurgood Marshall United States Courthouse, 40 Foley

Square, in **Courtroom 1306**.

**SO ORDERED.**

**Dated:**    **November 25, 2024**
           **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                      **United States District Judge**