ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT RUMPH,

Defendant.

**SUPERSEDING INFORMATION**

S1 23 Cr. 603 (ALC)

## COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

The United States Attorney charges:

1. On or about July 7, 2023 in the Southern District of New York and elsewhere, ROBERT RUMPH, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951.

2. It was a part and object of the conspiracy that ROBERT RUMPH, the defendant, and others known and unknown, would and did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RUMPH conspired with others to rob a smoke shop in the vicinity of 212 East 167th Street in the Bronx, New York.

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about July 7, 2023, ROBERT RUMPH, the defendant, knowingly provided transportation to a co-conspirator ("CC-1") who entered and robbed a smoke shop in the vicinity of 212 East 167th Street in the Bronx, New York, for the purpose of assisting CC-1 evade detection by law enforcement.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in Count One of this Information, ROBERT RUMPH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

DAMIAN WILLIAMS
United States Attorney

3