USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

　　　　　　　- v. -　　　　　　　　　　　　　　　23-CR-00603 (ALC)

　　　　　　　　　　　　　　　　　　　　　　　　ORDER
ROBERT RUMPH,

　　　　　　　　　　　　Defendant.
-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

　　The Status Conference set for January 14, 2025 is CANCELED.

SO ORDERED.

Dated:　　New York, New York
　　　　　December 20, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge