USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-24-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

ROBERT RUMPH,

                      Defendant.

------------------------------------------------------------x

1:23-cr-00603 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court **ADJOURNS** the sentencing in this case as to Defendant Robert Rumph previously scheduled for April 29, 2025, at 10:00 a.m. The parties shall appear before the Court on **April 30, 2025, at 10:00 a.m.** The Parties are further advised that all proceedings will take place in **Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007** unless otherwise indicated.

**SO ORDERED:**

Dated:     April 24, 2025
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**